Dear Judge Pan,

The events that took place on January 6th are nothing short of horrifying. The fact that I was there, is extremely embarrassing and I am very ashamed that I went inside the Capitol that day. After seeing all the footage, my heart breaks for the Capitol police who risked their lives that day, and even more for the lives that were lost and effected by this. There is absolutely no excuse, and I do believe I should be held accountable. I now understand that being an American means honoring the Constitution and laws and conducting myself in a way that honors the principals that govern us. I will never violate those principals again.

Sincerely,

Cana Hostchel

**EXHIBIT D1**