To whom it may concern,

Cara Hentschel started with us in August of 2019 and is currently working with us now.

My first interaction with Cara was her coming in early on her first week asking to shadow our best employees on her own time to learn quickly and be the best she could be. She has continued the hard working, driven attitude since then. I know her to be on time, ethical, and is an overall pleasure to be around. She is always willing to help others and gives of herself everyday without asking for anything in return. She has consistently excelled at every position and campaign she has been a part of and as of this writing, she is our number one performing sales advisor in our entire company.

If you wish to know more or have any questions feel free to contact me.

Sincerely,

**Chad Honeycutt**

**Sales Director**

**Gold Mountain Communications, LLC**

1701 W. Sunshine St. Suite K

Springfield, MO 65807

Office (417)851-4653 x1140

Fax (417)851-4654

**EXHIBIT D2**