| | |
|---|---|
| From: | Cara Hentschel |
| To: | Michelle Law |
| Date: | Sunday, September 18, 2022 10:25:50 PM |

**EXTERNAL SENDER**

Sandra McElroy Moore



September 18, 2022

To whom it may concern

I am the mother of Cara Hentschel Goodwin. I would like to tell the Court a bit about Cara, in hopes that the Court might consider it in her sentencing.

Cara became an addict as a young teenager, a devastating situation for our family. It was horrible for all of us. She tried to get clean, several trips to rehab, trying cold turkey, none of it worked. By the end of her active addiction, she had a lengthy arrest record,  it was a parent's worse nightmare

Thank God, she finally was incarcerated. It saved her life. She came out clean and sober for the first time in her adult life. Since the day she was released, she has worked to straighten out her life and atone for past mistakes. She immediately joined NA. She has continued to strive to live life as a productive citizen. She has held a good job for several years, and is one of the top employees, frequently winning honors and awards. She has gotten married, maintains a lovely home and dearly loves her stepson, with whom she spends a lot of time.

 She has become my rock, as the only child I have in Springfield. I'm 75 (her father, from whom I am divorced, is 83). She checks on me constantly, and is available immediately, any time I need her, for any reason, shopping for me, going to the doctor with me, being my constant comfort. I am more proud of her than I can possibly say.

Since being released from prison, she has made one mistake, on Jan. 6. She never intended it to become what it turned into, and she regrets it beyond words. One can never undo what is done, but only learn from mistakes, and vow to never make the mistake again.
Cara fully realizes she should not have  been involved in the events that day.

I do not see how jail time would be in the best interest of her, or the public. She is a decent, hardworking, productive member of society.

I ask the Court to consider the person she has become, and grant mercy and leniency, if it can be deemed appropriate.

Thank you,


Sandra McElroy Moore

**EXHIBIT D3**